FILED

12/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0470

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 22-0470

COY YARBER,

Petitioner,

v.

JAMES SALMONSEN, Warden,

Respondent.

**ORDER**

Upon consideration of Respondent, James Salmonsen's motion for a 30-day extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Respondent is granted an extension of time to and including January 14, 2023, within which to prepare, serve, and file the Respondent's response brief.

DATED this __ day of _____, 2022.

_____
JUSTICE

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 2 2022